UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LARRY SINGER,<br><br>    Plaintiff,<br><br>v.<br><br>IRVINE BARCLAY THEATRE OPERATING COMPANY DBA IRVINE BARCLAY THEATRE; REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO. 14-cv-00224-JVS-DFM<br><br>**JUDGMENT**<br><br>Courtroom:    10C<br>Judge:    Hon. James V. Selna<br>Trial Date:    Not set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

    This Court hereby enters judgment in favor of Defendant The Regents of the University of California ("The Regents") and against plaintiff Larry Singer pursuant to the Court's June 16, 2014 Order Granting The Regents's Motion to Dismiss Plaintiff's Complaint (Docket No. 22).

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

    The Complaint is dismissed against The Regents. The Regents is the prevailing party and plaintiff shall recover nothing against the Regents. Judgment

shall be entered in favor of The Regents. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds there is no just reason for delay in the entry of judgment in favor of the Regents.

IT IS SO ORDERED.

Dated: July 31, 2014

_____
Hon. James V. Selna
Judge of the United States District Court