Wayne W. Watten, Esq. CBN 78517
Heather R. Whitehead, Esq. CBN 257307
**WATTEN, DISCOE, BASSETT & McMAINS**
1551 North Tustin Avenue, Suite 900
Santa Ana, CA 92705
Telephone: (714) 542-5400
Facsimile : (714) 972-2594

Attorneys for Defendant, IRVINE BARCLAY THEATRE OPERATING COMPANY dba IRVINE BARCLAY THEATRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER,<br><br>    Plaintiff,<br><br>v.<br><br>IRVINE BARCLAY THEATRE OPERATING COMPANY DBA IRVINE BARCLAY THEATRE; REGENTS OF THE UNIVERSITY OF CALIFORNIA; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | CASE NO. SACV14-224-JVS (DFMx)<br><br>DISTRICT JUDGE: James V. Selna<br>COURTROOM: 10C<br>MAGISTRATE: Douglas F. McCormick (For Discovery)<br>COURTROOM: 6A<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: February 14, 2014<br>Trial Date: July 14, 2015 |

**IT IS HEREBY ORDERED** that pursuant to the terms of the Settlement Agreement and Release entered into by the plaintiff, LARRY SINGER and defendant, IRVINE BARCLAY THEATRE OPERATING COMPANY dba IRVINE BARCLAY THEATRE, the above action is dismissed with prejudice in its entirety.

DATED: August 17, 2015

_____
JAMES V. SELNA
DISTRICT JUDGE